UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Anthony Shae James                                              Chapter 13
                                                                         Case No. ___
Debtor.

## Chapter 13 Plan

Address:      Debtor   1451 E. Boxtown Road, Memphis, TN 38109

Plan Payment:

Debtor Shall Pay:   $155.00 Every Two Weeks
   Or by:  (X) Payroll Deduction   Memphis Area Transit Authority, 1370 Levee Road, Memphis, TN 38108

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim   (X) Yes   ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:       ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                                ongoing payment begins  _____                              _____
                                Approximate arrearage   _____                              _____
                                ongoing payment begins  _____                              _____
                                Approximate arrearage   _____                              _____

5. Priority Claims:                                                                             Monthly Pmt.
                                                        Amount   _____                     _____
                                                        Amount   _____                     _____

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                                ongoing payment begins  _____
                                Approximate arrearage   _____    Interest  _____      _____
                                ongoing payment begins  _____
                                Approximate arrearage   _____    Interest  _____      _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.
   Exeter Finance (2012 Volkswagen Passat)            $     3,675.00            0.00%            $74.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   GM Financial     Collateral  2014 Toyota Camry (co-signer pays)
   _____    Collateral  _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |
| | | | |

11. Student Loan Claims and Other Long Term Claims:
    Dept. Of Education (partial)      (X) Not Provided For    ( ) General Unsecured Creditor
    _____            ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    Dept. Of Education (remaining balance)     (X) Assume     ( ) Reject
    _____             ( ) Assume     ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the
    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908            Date   January 14, 2019
   Debtor's Attorney's Signature

January 15, 2019

910 > July 18, 2016