UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Anthony Shae James  
Debtor.

Chapter 13  
Case No. 19-20426-E

## First Amended Chapter 13 Plan

Address:  Debtor  1451 E. Boxtown Road, Memphis, TN 38109

Plan Payment:

Debtor Shall Pay:  $155.00 Every Two Weeks  
Or by:  (X) Payroll Deduction  Memphis Area Transit Authority, 1370 Levee Road, Memphis, TN 38108

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].   (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].   ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:   ( ) Included in Plan   Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:   Monthly Pmt.
   ongoing payment begins
   Approximate arrearage
   ongoing payment begins
   Approximate arrearage

5. Priority Claims:   Monthly Pmt.
   Amount
   Amount

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:   Monthly Pmt.
   ongoing payment begins
   Approximate arrearage   Interest
   ongoing payment begins
   Approximate arrearage   Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmt. |
|---|---|---|---|
| Exeter Finance (2012 Volkswagen Passat) | $ 3,675.00 | 0.00% | $74.00 |

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   GM Financial          Collateral   2014 Toyota Camry (co-signer pays)
   _____       Collateral   _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| *Dept. Of Education (partial) | $ 1,000.00 | 4.00% | $20.00 |
|  |  |  |  |

11. Student Loan Claims and Other Long Term Claims:

   *Dept. Of Education (remaining balance)   (X) Not Provided For    ( ) General Unsecured Creditor
   _____    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    _____    ( ) Assume    ( ) Reject
    _____    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date   January 14, 2019
    Debtor's Attorney's Signature

                                                                              January 16, 2019

                                                                              910 > July 20, 2016